1  Tony Wong (State Bar No. 243324)
2  A. Justin Lum (State Bar No. 164882), Of counsel
3  David and Raymond IP Law Firm
   388 E. Valley Blvd., Suite 213
4  Alhambra, CA 91801
   Phone: 626-447-7788
5  Fax: 626-447-7783
6  Email: tonyw@dnriplaw.com

**DENIED**
BY ORDER OF THE COURT
12-7-2012

7  Attorneys for Plaintiff
   TREASURE GARDEN, INC.
8

9              IN THE UNITED STATES DISTRICT COURT
10                CENTRAL DISTRICT OF CALIFORNIA
11                      WESTERN DIVISION

12  TREASURE GARDEN, INC., a              CASE NO.  CV12-08577 SJO (JEMx)
13  California Corporation,
                                          **[PROPOSED] ORDER RE:
14          Plaintiff,                    STIPULATION TO EXTEND TIME
                                          TO RESPOND TO INITIAL
15  v.                                    COMPLAINT BY MORE THAN 30
                                          DAYS**
16
    RED STAR TRADERS, LLC, a Utah
17  Limited Liability Company, and        Complaint filed on October 5, 2012
18  COSTCO WHOLESALE
    CORPORATION, a Washington             Current response date:  December 7, 2012
19  corporation, and DOES 1 through 10,
    inclusive,
20                                        New response date:  February 26, 2013
21          Defendants.

22
23
24
25
26
27
28

-[Proposed] Order re: Stipulation to Extend Time to Respond to Initial Complaint by More Than 30 Days-
-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The parties hereto having stipulated to an extension of the deadline for defendants Red Star Traders, LLC and Costco Wholesale Corporation (collectively, "Defendants") to respond to plaintiff Treasure Garden, Inc.'s Complaint in the above-captioned action, and good cause appearing therefore, IT IS HEREBY ORDERED that the time within which Defendants may respond to Treasure Garden, Inc.'s Complaint is extended by 90 days from November 28, 2012, to and including February 26, 2013.

Dated: _____

**DENIED**
BY ORDER OF THE COURT
12-7-2012
_____

HON. S. JAMES OTERO
United States District Judge

# CERTIFICATE OF SERVICE

 I am a citizen of the United States of America and I am employed in Pasadena, California. I am over the age of 18 and not a party to the within action. My business address is 1005 E. Colorado Blvd., Suite 207, Pasadena, California 91106. On the below execution date I served the within [PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS to the parties or their counsel shown below:

Sterling A. Brennan, Esq.
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
20 Pacifica, Suite 1130
Irvine, California 92618
Tele:  949.242.1900
Fax:   949.453.1104


X   (BY ECF NOTIFICATION) I filed this document electronically with PACER/ECF and stated parties received notification by e-mail from the ECF filing system.

 I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

 Executed on December 4, 2012 at Pasadena, California.


          _s/Jeffrey Vien_____
          Jeffrey Vien