Tony Wong (State Bar No. 243324)
A. Justin Lum (State Bar No. 164882), Of counsel
David and Raymond IP Law Firm
388 E. Valley Blvd., Suite 213
Alhambra, CA 91801
Phone: 626-447-7788
Fax: 626-447-7783
Email: tonyw@dnriplaw.com

Attorneys for Plaintiff
TREASURE GARDEN, INC.

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TREASURE GARDEN, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RED STAR TRADERS, LLC, a Utah Limited Liability Company, and COSTCO WHOLESALE CORPORATION, a Washington corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV12-08577 SJO (JEMx)<br><br>**ORDER RE: JOINT MOTION FOR RECONSIDERATION** |

The parties hereto having requested reconsideration of this Court's order of December 7, 2012, denying an extension of the deadline for defendants Red Star Traders, LLC and Costco Wholesale Corporation (collectively, "Defendants") to respond to plaintiff Treasure Garden, Inc.'s Complaint in the above-captioned action, and good cause appearing therefore, IT IS HEREBY ORDERED that the motion for reconsideration is GRANTED and the time within which Defendants may respond to Treasure Garden, Inc.'s Complaint is extended by 90 days from November 28, 2012, to and including February 26, 2013.

December 18, 2012

Dated: _____

*S. James Otero*

_____
HON. S. JAMES OTERO
United States District Judge

# **CERTIFICATE OF SERVICE**

I am a citizen of the United States of America and I am employed in Pasadena, California. I am over the age of 18 and not a party to the within action. My business address is 1005 E. Colorado Blvd., Suite 207, Pasadena, California 91106. On the below execution date I served the within [PROPOSED] ORDER RE: JOINT MOTION FOR RECONSIDERATION to the parties or their counsel shown below:

Robert E. Aycock, Esq.
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
60 E SOUTH TEMPLE STE 1000
SALT LAKE CITY, UT 84111
Tele: 949.242.1900
Fax: 949.453.1104


X   (BY ECF NOTIFICATION) I filed this document electronically with PACER/ECF and stated parties received notification by e-mail from the ECF filing system.


I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 17, 2012 at Pasadena, California.


                          _s/Jeffrey Vien_____
                                 Jeffrey Vien