


**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

**To:** Clerk, United States District Court
USDC District of UTAH
Frank E. Moss US Courthouse 350 South Main St. Rm 150
Salt Lake City, UT 84101

**Re:** Transfer of our Civil Case No. CV 12-08577 SJO (JEMx)

Case Title: Treasure Garden, Inc. v. Red Star Traders, LLC., et al.

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐ Original case file documents are enclosed in paper format.
☑ Electronic Documents are accessible through Pacer.
☐ Other: ______________________________

Very truly yours,

Clerk, U.S. District Court

Date: 4/1/13

By L Chai
Deputy Clerk 213-894-5730

cc: *All counsel of record*

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☑ CivilIntakecourtdocs-LA@cacd.uscourts.gov (Los Angeles Office)
☐ CivilIntakecourtdocs-RS@cacd.uscourts.gov (Riverside Office)
☐ CivilIntakecourtdocs-SA@cacd.uscourts.gov (Santa Ana Office)

Case Number: ______________________

Clerk, U.S. District Court

Date: ______________________

By ______________________
Deputy Clerk